IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-11243
_____


THOMAS W. RICE,

Plaintiff-Appellant,

versus

MELQUIADES R. MARTINEZ,
Secretary of the Department of
Housing and Urban Development,

Defendant-Appellee.

_____

Appeal from the United States District Court for the
Northern District of Texas
USDC No. 95-CV-750
_____
July 2, 2001

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

After reviewing the briefs and considering the arguments made

by the parties, we are convinced that the district court committed

no reversible error and therefore affirm the judgment. See 5TH

CIR. R. 47.6.

A F F I R M E D .

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.